UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------------X
                                                                    :
HENG REN INVESTMENTS LP, et al.,                                    :
                                                                    :
                                        Plaintiffs,                 :                   21-CV-9236 (JMF)
                                                                    :
                        -v-                                         :                         ORDER
                                                                    :
SINO AGRO FOOD, INC., et al.,                                       :
                                                                    :
                                        Defendants.                 :
                                                                    :
----------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

        On May 6, 2022, Defendants filed a motion to dismiss the complaint under Rule 12(b) of the Federal Rules of Civil Procedure.  ECF No. 31.  Under Rule 15(a)(1)(B), a plaintiff has twenty-one (21) days after the service of a motion under Rule 12(b) to amend the complaint once as a matter of course.

        Accordingly, it is hereby ORDERED that Plaintiffs shall file any amended complaint by **May 27, 2022**.  Plaintiffs will not be given any further opportunity to amend the complaint to address issues raised by the motion to dismiss.

        If Plaintiffs do amend, by three (3) weeks after the amended complaint is filed, Defendants shall: (1) file an answer; (2) file a new motion to dismiss; or (3) file a letter on ECF stating that they rely on the previously filed motion to dismiss.  If Defendants file an answer or a new motion to dismiss, the Court will deny the previously filed motion to dismiss as moot.  If Defendants file a new motion to dismiss, any opposition shall be filed within fourteen days, and any reply shall be filed within seven days of any opposition.

        If no amended complaint is filed, Plaintiffs shall file any opposition to the motion to dismiss by **May 27, 2022**.  Defendants' reply, if any, shall be filed by **June 3, 2022**.

        SO ORDERED.

Dated: May 9, 2022
        New York, New York                                     _____
                                                                        JESSE M. FURMAN
                                                                   United States District Judge