UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HENG REN SILK ROAD INVESTMENTS LLC, HENG REN INVESTMENTS LP, ARNE H. FREDLY derivatively on behalf of SINO AGRO FOOD INC.<br><br>Plaintiffs,<br><br>vs<br><br>LEE YIP KUN SOLOMON,<br><br>Defendant.<br><br>and<br><br>SINO AGRO FOOD INC.,<br><br>Nominal Defendant | Case No. 21-cv-09236-JMF<br><br>[~~PROPOSED~~]<br><br>ORDER OF DISMISSAL |

The Court, having reviewed Plaintiffs Heng Ren Silk Road Investments LLC, Heng Ren Investments LP, and Arne H. Fredly's notice of voluntary dismissal of the above-captioned action pursuant to Fed. R. Civ. P. 41(a) and accompanying letter, hereby ORDERS that:

- The above-captioned action, 1:21-cv-09236-JMF shall be dismissed without prejudice pursuant to Fed. R. Civ. P. 41(a) and 23.1(c);
- Notice to Sino Agro Food, Inc. shareholders or others is not required by Fed. R. Civ. P. 23.1 (c) because there is no risk of prejudice to absent shareholders in excusing notice of the dismissal of these claims; and
- Each party shall bear their own costs and attorneys' fees.

SO ORDERED

Dated: May 24, 2022

_____
Jesse M. Furman U.S.D.J.